## Franklin McVeagh

*v.*

## August Neuhaus *et al.*

Writ of Error to the Circuit Court of Cook county; the Hon. Erastus S. Williams, Judge, presiding.

Mr. Melville W. Fuller and Messrs. Mattocks & Mason, for the plaintiff in error.

Mr. Elliott Anthony, for the defendants in error.

Mr. CHIEF JUSTICE BREESE :   This case differs in no respect from the preceding case, except that in this, the assessment upon the bank shares was for State and county purposes for the year 1867.

The principles involved are the same, and the same judgment must be given, that the decree of the circuit court be affirmed.

*Decree affirmed.*